DMB:WDS
F#2011R00560/OCDETF#NY-NYE-679

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 27 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JUAN OLIVA,
    also known as "Mike,"
EDWIN MIRANDA,
    also known as "Pavo," and
ROBERTO CAMACHO,

                Defendants.

- - - - - - - - - - - - - - - - -X

SUPERSEDING
INDICTMENT

Cr. No. 12-290 (S-1)(ENV)
(T. 21, U.S.C.,
§§ 841(a)(1),
841(b)(1)(A)(i),
846, 853(a) and 853(p);
T. 18, U.S.C., §§ 2 and
3551 et seq.)

[handwritten annotation: JUAN OLIVA ALSO KNOW AS MIKE / EDWIN MIRANA ALSO know AS PAVO / ROBERT CAMACHO]

THE GRAND JURY CHARGES:

### COUNT ONE
(Conspiracy to Distribute Heroin)

    1.    In or about and between March 2009 and March 2012, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JUAN OLIVA, also known as "Mike," EDWIN MIRANDA, also known as "Pavo," and ROBERTO CAMACHO, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I

controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO
(Possession of Heroin with Intent to Distribute)

2. In or about and between March 2009 and March 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JUAN OLIVA, also known as "Mike," and ROBERTO CAMACHO, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT THREE
(Attempt to Possess Heroin with Intent to Distribute)

3. In or about and between June 2011 and March 2012, both dates being approximate and inclusive, within the Eastern District of New York, the defendants JUAN OLIVA, also known as "Mike," EDWIN MIRANDA, also known as "Pavo," and ROBERTO CAMACHO, together with others, did knowingly and intentionally attempt to

2

possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4. The United States hereby gives notice to the defendants charged in Counts One through Three herein that, upon their conviction of any such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of such defendants up to the value of the forfeitable property described in this forfeiture allegation.

  (Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

*Mawa Duhaney*
FOREPERSON

---

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

4

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

vs.

*JUAN OLIVA, also known as "Mike," EDWIN MIRANDA, also known as "Pavo,", and ROBERTO CAMACHO,*

Defendants.

## SUPERSEDING INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i), 846, 853(a) and 853(p); T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____ *Mawa Duhaney* _____
                                                            *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                            *Clerk*

*Bail, $* _____

*David Sarratt, Assistant U.S. Attorney (718-254-6418)*